UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2639

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: _____ |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Kathleen CORNELL Jones, | ) | |
| Defendant, | ) | |
| _____ | ) | |

The undersigned complaint being duly sworn states:

On or about November 9, 2007, within the Southern District of California, Kathleen CORNELL Jones did knowingly and intentionally import approximately 61.75 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Jeffrey R Roberts
~~CAROL BRACAMONTE~~,
SPECIAL AGENT
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th
DAY OF November, 2007.

_____
MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Carol Bracamonte, declare under penalty of perjury, the following is true and correct:

On November 9, 2007 at approximately 1100 hours, Kathleen Isabel CORNELL Jones made entry into the United States via the San Ysidro, CA, Port of Entry from the Republic of Mexico as the driver of a 1997 Ford Aerostar bearing California license plate 6AZR625. CORNELL encountered a U.S. Customs Border Protection (CBP) Officer in the primary inspection area. CORNELL informed the Officer she was going to San Francisco, where she resides. CORNELL stated that she was in Mexico visiting her girlfriend who lives in Ensenada. CORNELL gave two negative Customs declarations. CORNELL stated that she owned the vehicle for six months. CBP Officers conducted a cursory search of the vehicle and observed two rear bench seats to be very bulky. CBP Officers observed packages hidden in a false compartment inside the rear seats.

In the Secondary Inspection, Officers inspected the vehicle and observed packages in the vehicle's backseats. One package was probed, which produced a green leafy substance that field tested positive for marijuana. A total of 29 packages were removed from the compartment, which had a net weight of 61.75 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents read CORNELL her Miranda Rights. CORNELL stated she understood her Rights and was willing to answer questions. CORNELL was interviewed and denied knowledge of the narcotics in the vehicle.

CORNELL was arrested, administratively processed, and transported to the Metropolitan Correctional Center, San Diego, CA.

Executed on November 9, 2007

_Carol Bracamonte_
Carol Bracamonte, Special Agent
U.S. Immigration and Customs Enforcement

Page 1 of 2

U.S. vs CORNELL

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 9, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

_____    _11-10-07 @ 11:05 AM_
United States Magistrate Judge         Date/Time