1

**JODI D. THORP**
California State Bar No. 223663
2
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3
San Diego, California 92101-5008
Telephone: (619) 234-8467
4
Facsimile: (619) 687-2666
jodi_thorp@fd.org
5

6
Attorneys for Defendant Ms. Cornell

7

8
UNITED STATES DISTRICT COURT

9
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,                )    Case No. 07mj2639
                                         )
12
        Plaintiff,                       )
                                         )
13
v.                                       )
                                         )    **NOTICE OF APPEARANCE**
14
KATHLEEN JONES CORNELL,                  )
                                         )
15
        Defendant.                       )
                                         )
16

17
            Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18
Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19
above-captioned case.

20
                                              Respectfully submitted,

21

22
Dated: November 19, 2007                       _s/ Jodi D. Thorp_____
                                               JODI D. THORP
23
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Defendant
24
                                                jodi_thorp@fd.org

25

26

27

28